IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

AMY VIZCARRA, et al.,

    Plaintiffs,

v.

AHN YOUNG CHUL, et al.,

    Defendants.

CV 616-050

**O R D E R**

Federal Rule of Civil Procedure 5.2 provides, in relevant part:

> **(a) Redacted Filings.** Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
>
>     **(1)** the last four digits of the social-security number and taxpayer-identification number;
>
>     **(2)** the year of the individual's birth;
>
>     **(3)** the minor's initials; and
>
>     **(4)** the last four digits of the financial-account number.

Fed. R. Civ. P. 5.2(a). In this case, a number of documents contain the names of minors. Accordingly, the Court **DIRECTS** the

Clerk to **RESTRICT ACCESS** to documents 1, 2, 3, 4, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, and 19. The parties are **INSTRUCTED** to provide the Court with **REDACTED VERSIONS** of documents 7, 11, 16, 17, and 19.

**ORDER ENTERED** at Augusta, Georgia this 19th day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA