IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| AMY VIZCARRA, Individually; AMY VIZCARRA, as Parent and next friend of J.V., a minor, AMY VIZCARRA, as Parent and next of friend of M.V., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> AHN YOUNG CHUL, SANG B. KIM, doing business under the trade name ONE TRANS LOGISTICS, MET TRUCKING, INC., and NATIONAL INDEMNITY COMPANY, <br><br> Defendants. | * | CV 616-050 |

## O R D E R

Presently before the Court is the parties' Consent Motion to Remand. (Doc. 45.) The parties state that Defendants have consented to remand as a condition of settlement. Upon due consideration, the Court **GRANTS** the parties' motion and **REMANDS** this case to the Superior Court of Tattnall County, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of September, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA